UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 3865 Stonecrest Rd., West Bloomfield, MI 48322,<br><br>    Defendant. | Case No. 24-cv-10518<br><br>Honorable Robert J. White |

**STIPULATED ORDER STAYING CIVIL FORFEITURE PROCEEDINGS**

The parties, each by and through counsel, stipulate and agree that this case should be stayed under the terms of 18 U.S.C. § 981(g)(2), pending an on-going federal criminal investigation in the Eastern District of Michigan directly related to the factual allegations and parties in the above-captioned civil forfeiture proceeding. Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1) This civil forfeiture proceeding is STAYED pursuant to 18 U.S.C. § 981(g)(2), on the grounds that continuation of the civil forfeiture proceeding may negatively impact one or more of the parties in the manner described in the cited statute;

2) The stay shall continue during the pendency of the related criminal investigation and/or any proceeding until further order of the Court;

3) Upon the termination of the criminal investigation and any criminal proceeding against the Claimants, the parties shall contact the Court to enter a Scheduling Order; and

4) All other Orders in this Action not inconsistent with this Order remain in full force and affect. In particular, the interlocutory sale of the Defendant Real Property may proceed as previously ordered.

SO ORDERED.

Dated: March 26, 2025

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

JULIE A. BECK acting
United States Attorney

/s/ *K. Craig Welkener*
K. Craig Welkener
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov
No. DC1033585

Dated: 3/20/2025

/s/ Matthew G. Borgula
Matthew G. Borgula
Attorney for Claimant Peter Valente
60 Monroe Center Street NW
Suite 500
Grand Rapids, MI 49503
(616) 458-5500
matt@sbbllaw.com

Dated: 3/21/25

2

<table>
<tr><td>

/s/ Adrienne LaMilza Hayes
Adrienne LaMilza Hayes
Michael D. P. Burwell
Attorneys for Claimant
Lake Michigan Credit Union
100 E. Big Beaver Road, Suite 350
Troy, MI  48083
(248) 641-8000
mdburwell@brmattorneys.com
alhayes@brmattorneys.com

</td><td>

/s/ Jorin G. Rubin
Jorin G. Rubin
Attorney for Angela Toma
Rubin Frampton, P.C.
600 S. Adams Road, Ste. 300
Birmingham, MI 48009
(248) 799-9100
jorinrubin@comcast.net

</td></tr>
</table>